(No. 6066—)

LEONARD COLBERT, as Administrator of the Estate of IDA PERRY, deceased, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 30, 1971.*

LEONARD COLBERT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L.S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PERLIN, C.J.